# EXHIBIT C

Case 1:05-cv-02030-JDB     Document 1-4     Filed 10/14/2005     Page 1 of 6

The Fantasy League That Could Change Your Life Forever! Page 1 of 3

Case 1:05-cv-02030-JDB   Document 1-4   Filed 10/14/2005   Page 2 of 6



## The Original Atlantic City High-Stakes Fantasy League

## The Fantasy League That Could Change Your Life Forever!™

Call 1-800-393-1520 for registration details!

### Credit Cards Now Accepted!  



Home
High-Stakes Tournament
Salary Cap Tournament
Prizes
Rules
Register
Photo Gallery
Hall of Fame
About Us
Message Boards
eShop

| HAYWOOD's HOOK-UP | 2005 Season<br>TEAM LOGIN | FECHT's FANTASY FORECAST |
|---|---|---|
|  | LOGIN<br><br>TECH SUPPORT<br><br>1-800-869-7341 x122<br>paydaysports@allstarstats.com<br><br>LINEUP/TRANSACTION HOTLINE<br><br>1-800-393-1520<br> |  |
| Check out his latest fantasy commentary<br>UPDATED : 10/05/05 | | Check out his latest fantasy commentary<br>UPDATED : 09/30/05 |



## 2005 Payday Sports Standings

**LEAGUE 1**   **LEAGUE 2**   **LEAGUE 3**   **LEAGUE 4**



### LEAGUE 1
Standings Thru Week 5 Updated Tues. Mornings.

| TEAM | W | L | T | PTS |
|---|---|---|---|---|
| Tiztheseason | 4 | 1 | 0 | 696.50 |
| Hot Limo Sharks | 3 | 2 | 0 | 796.64 |

The Fantasy League That Could Change Your Life Forever! Page 2 of 3

Case 1:05-cv-02030-JDB   Document 1-4   Filed 10/14/2005   Page 3 of 6





Receive Payday Sports tournament reminders, information and updates

Enter email address
[ Submit ] [ Reset ]

## A BIG THANK YOU TO THE...
## Tropicana Casino & Resort in Atlantic City!



The Staff of Payday Sports Inc. would like to extend a warm thank you to the Tropicana Casino & Resort in Atlantic City. Their staff and management team helped to make the 2005 Live draft a huge success. The hospitality and the accommodations were top notch and we have heard nothing but great comments from all our players in the 2005 draft.



*"We have played in numerous high stakes leagues and we can tell you, without a doubt, that the Pay Day Sports league is the best..........hands down!"*
Chris Anderson & Gus Ruelas ( 2004 CALIFORNIA TEAM )

## Check out video & pictures from last year's LIVE draft
<< Click here







***Payday Sports*** tournaments focus on the players who want the **ultimate experience** in fantasy football. Players compete against **fewer teams** for **more money**. Our cash prizes are so significant that they **could change your life forever!** Payday Sports' goal is to be the first fantasy football league to award a **$1,000,000 GRAND PRIZE!** With your support we can get there.

**Payday Sports Inc.** - 19 Hayloft Circle - Wilmington, DE 19808
**Toll Free:** (800)393-1520  **Fax:** (302)234-4870

Copyright 2004-2005 © Payday Sports Inc  All Rights Reserved

Preferred Partners: **Rotoworld.com , AllStar Stats**



**The Original Atlantic City High-Stakes Fantasy League**

*The Fantasy League That Could Change Your Life Forever!*™

Call 1-800-393-1520 for Registration details!



## High-Stakes Tournament Overview

    

The Payday Sports National Fantasy Football Tournament will consist of anywhere between 5 and 50 divisions, with 12 teams in each division. The regular season will end week 11 with division wildcard games held on week 12. Division winners, the teams with the best regular season record, will receive a bye in week 12 and advance to the playoffs beginning week 13. Week 12 will see the 2nd and 3rd place teams in each division compete for a wildcard berth. The division wildcard game winners along with a number of high-point wildcard winners will advance to the playoffs to compete for the grand prize. The entry fee is $3,600 but be sure to check out our Refer a Friend discount program. The live draft will kick-off the tournament and will be held at the Tropicana Resort & Casino in Atlantic City, New Jersey September 10, 2005. Visit Payday Sports Prizes page to view all published prize structures, as determined by final number of entries.

**REGISTER NOW!!**   << Click here

"We have played in numerous high stakes leagues and we can tell you, without a doubt, that the Pay Day Sports league is the best..........hands down!"
Chris Anderson & Gus Ruelas ( 2004 CALIFORNIA TEAM )

Receive Payday Sports tournament reminders, information and updates

Enter email address

**Check out video & pictures from last years LIVE draft**   << Click here



The Original Atlantic City High-Stakes Fantasy League

## The Fantasy League That Could Change Your Life Forever!™

Call 1-800-393-1520 for Registration details!



### Salary Cap Tournament Overview

Payday Sports Salary Cap League consists of an unlimited number of teams competing against each other for big cash prizes. How it works is every pro player will be assigned a dollar amount and each team will be required to compile a starting lineup every week that does not exceed the 50 million dollar salary cap. The game will run for 17 weeks spanning the entire regular season of pro football. The game is facilitated completely online. Prize money will be based on the number of entries received, with a minimum **$5,500 guaranteed** to be given away. **Only $100 to enter** and for every referral into the tournament a player submits, they will receive $25 per referred team – refer or buy as many teams as you want!  Visit the Salary Cap Prizes page to view all prize money.



$ SAVE $
Check out our
Refer-a-friend
Discounts

Receive Payday Sports
tournament reminders,
information and updates

Enter email address