**EXHIBIT D**

Case 1:05-cv-02030-JDB    Document 1-5    Filed 10/14/2005    Page 1 of 3

# The $100 Salary Cap Tournament

*The easiest high stakes league on the internet*

**HOME   PRIZES   RULES   F.A.Q.   HOW TO PLAY   CONTACT   ABOUT   LINKS**

**SALCAP TEAMS**

## Welcome to Your Players Page

Welcome to the Your Players Page. You see your standings, statistics and points scored all on this page. This is also the page that you come to for all buying and selling of players.

**YOUR TEAM**
Your Players
Live Scoring
Team News
Research Players
Financial Report
Trade History
Edit Team Name

This is the best page to bookmark since it is the page you can come to the day after the games have been played to see your updated player performance and to trade players for the next week's games.

**Team Summary:**       **League Number: 1**

Total Fantasy Points (FP) : 268.12    Roster Value: 36,780,390

**COMMUNITY**
Message Boards

World Rank: 66      **Cash Left: 15,839,610**

Remaining Trades: UNLIMITED TRADES

**STANDINGS**
Overall
Weekly Rankings

**Next Roster Freeze:** Sun, Oct 16 1:00 PM ET
Your roster is **VALID**.

**Buy Players**

Position: All players    Price: at any price    Sort By: sorted by price    Top: Top 25

**NFL RESOURCES**
Player News
Sortable Statistics
NFL League Leaders
NFL Transactions
NFL Injuries
NFL Depth Charts
Hometown News

Player Search (enter last name)

| Pos | Name | | Team | Next | G | ATT | COMP | YDS | PTD | INT | RYDS | RUTD | RCYDS | RCTD | FUM | 2PT | FP | FP/G | Sell For: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QB | Eli Manning | | NYG | 10/16 @ DAL | 4 | 123 | 66 | 985 | 9 | 2 | 11 | 0 | 0 | 0 | 0 | 0 | 103.62 | 103.62 | 5,862,800 |

| Pos | Name | | Team | Next | G | PTD | INT | RYDS | RUTD | REC | RCYDS | RCTD | FUM | 2PT | FP | FP/G | Sell For: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RB | DeShaun Foster |  | CAR | 10/16 @ DET | 5 | 0 | 0 | 185 | 0 | 12 | 188 | 0 | 1 | 0 | 36.70 | 9.18 | 5,703,870 |
| RB | Frank Gore | | SF | BYE | 5 | 0 | 0 | 109 | 0 | 6 | 28 | 0 | 1 | 0 | 12.90 | 2.58 | 3,424,450 |
| WR | David Patten | | WAS | 10/16 @ KC | 4 | 0 | 0 | 0 | 0 | 14 | 109 | 0 | 0 | 0 | 24.00 | 6.00 | 4,526,980 |

**HELP/CONTACT US**
How to Play
Scoring Rules
Strategy
Official Rules

Prizes
FAQS
Customer Service
Log Out

| Pos | Name | Team | Next | G | | | | | | | | | | FP | FP/G | Sell For: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WR | Dennis Northcutt | CLE | 10/16 @ BAL | 4 | 0 | 0 | 0 | 0 | 11 | 85 | 0 | 0 | 0 | 18.90 | 4.73 | 4,526,980 |
| TE | Itula Mili | SEA | 10/16 HOU | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 2,545,000 |

| Pos | Name | Team | Next | G | FGA | FGM | FG<30 | 30-39 | 40-49 | 50+ | PAT | PATM | FP | FP/G | Sell For: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | Phil Dawson | CLE | 10/16 @ BAL | 4 | 8 | 8 | 4 | 2 | 2 | 0 | 6 | 5 | 31.00 | 7.75 | 5,267,810 |

| Pos | Name | Team | Next | G | INT | FUM | SAC | PTS | YDS | FP | FP/G | Sell For: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DSTM | Jets Def/Spec Team | NYJ | 10/16 @ BUF | 5 | 5 | 3 | 8.0 | 85 | 1476 | 41.00 | 0.00 | 4,922,500 |

Icon Legend:
Left the Game   Doubtful   Did not Play   I.L.   PUP   Out of FB
Released   Sidelined   Suspended   Waived   Questionable   Probable

## Weekly Stats Breakdown

| WEEK | FP |
|---|---|
| week 5 | 49 |
| week 4 | 52.64 |
| week 3 | 74.28 |
| week 2 | 46.2 |
| week 1 | 46 |

**Powered by AllStarStats**

Copyright © 2002-2004 Allstar Stats, Inc. All Rights Reserved.