# EXHIBIT E

*The $100 Salary Cap Tournament*

*The easiest high stakes league on the internet*

HOME   PRIZES   RULES   F.A.Q.   HOW TO PLAY   CONTACT   ABOUT   LINKS

**SALCAP TEAMS**

## Your Trading History

Welcome to the Trade History page. This page allows you to see what moves you have made this season and the effects they had on your fantasy football team.

**YOUR TEAM**
Your Players
Live Scoring
Team News
Research Players
Financial Report
Trade History
Edit Team Name

**Team Summary:**                **League Number: 1**
Total Fantasy Points (FP) : 268.12 Roster Value: 36,780,390
World Rank: 66             Cash Left: 15,839,610
Remaining Trades: UNLIMITED TRADES
Next Roster Freeze: **Sun, Oct 16 1:00 PM ET**
Your roster is **VALID**.

**COMMUNITY**
Message Boards

**STANDINGS**
Overall
Weekly Rankings

**NFL RESOURCES**
Player News
Sortable Statistics
NFL League Leaders
NFL Transactions
NFL Injuries
NFL Depth Charts
Hometown News

**HELP/CONTACT US**
How to Play
Scoring Rules
Strategy
Official Rules

| Eff. Week | Date Made | Player | Position | Bought For: | Sold For: |
|---|---|---|---|---|---|
| 1 | 9/7/2005 4:57:00 PM | Jets Def/Spec Team | DSTM | 4,812,500 | - |
| 1 | 9/7/2005 4:56:35 PM | Phil Dawson | K | 4,957,810 | - |
| 1 | 9/7/2005 4:56:08 PM | Itula Mili | TE | 2,145,000 | - |
| 1 | 9/7/2005 4:55:42 PM | David Patten | WR | 4,126,980 | - |
| 1 | 9/7/2005 4:55:09 PM | Dennis Northcutt | WR | 4,126,980 | - |
| 1 | 9/7/2005 4:54:25 PM | Frank Gore | RB | 3,024,450 | - |
| 1 | 9/7/2005 4:53:41 PM | DeShaun Foster | RB | 5,303,870 | - |
| 1 | 9/7/2005 4:52:27 PM | Eli Manning | QB | 5,662,800 | - |

# The $100 Salary Cap Tournament

*The easiest high stakes league on the internet*

**HOME   PRIZES   RULES   F.A.Q.   HOW TO PLAY   CONTACT   ABOUT   LINKS**

**SALCAP TEAMS**

**YOUR TEAM**
Your Players
Live Scoring
Team News
Research Players
Financial Report
Trade History
Edit Team Name

**COMMUNITY**
Message Boards

**STANDINGS**
Overall
Weekly Rankings

**NFL RESOURCES**
Player News
Sortable Statistics
NFL League Leaders
NFL Transactions
NFL Injuries
NFL Depth Charts
Hometown News

**HELP/CONTACT US**
How to Play
Scoring Rules
Strategy
Official Rules

## Research/Buy Player

Welcome to the Research Players page. Participants use this page to find statistical information about the players to make decisions on which players to add to their teams. It is a valuable page during the season as it is used to buy players after a different player has been sold.

**Team Summary:**                     **League Number: 1**

Total Fantasy Points (FP) : 268.12   Roster Value: 36,780,390

World Rank: 66                       Cash Left: 15,839,610

Remaining Trades: UNLIMITED TRADES

Next Roster Freeze: **Sun, Oct 16 1:00 PM ET**
Your roster is **VALID**.

### Buy Players

Position: All players    Price: at any price    Sort By: sorted by price    Top: Top 25

Player Search (enter last name)

FP = FANTASY POINT

| Name | Tm | NextOpp | P | RANK | G | FP | FP/G | Buy For: |
|---|---|---|---|---|---|---|---|---|
| Peyton Manning | IND | 10/17 STL | QB | 0 | 5 | 86.76 | 17.35 | 12,809,760 |
| LaDainian Tomlinson | SD | 10/16 @ OAK | RB | 0 | 5 | 140.04 | 28.01 | 12,582,480 |
| Daunte Culpepper | MIN | 10/16 @ CHI | QB | 0 | 4 | 83.94 | 20.99 | 11,123,760 |
| Shaun Alexander | SEA | 10/16 HOU | RB | 0 | 5 | 123.2 | 24.64 | 11,075,280 |
| Trent Green | KC | 10/16 WAS | QB | 0 | 4 | 53.66 | 13.42 | 10,860,560 |

Prizes
FAQS
Customer Service
Log Out

| Name | Tm | NextOpp | P | RANK | G | FP | FP/G | Buy For |
|---|---|---|---|---|---|---|---|---|
| Priest Holmes | KC | 10/16 WAS | RB | 0 | 4 | 55.1 | 11.02 | 10,610,400 |
| Randy Moss | OAK | 10/16 SD | WR | 0 | 4 | 92.6 | 23.15 | 10,433,220 |
| Donovan McNabb | PHI | BYE | QB | 0 | 5 | 152.18 | 30.44 | 10,170,080 |
| Terrell Owens | PHI | BYE | WR | 0 | 5 | 136.4 | 27.28 | 9,945,520 |
| Marc Bulger | STL | 10/17 @ IND | QB | 0 | 5 | 156.74 | 52.25 | 9,728,240 |
| Edgerrin James | IND | 10/17 STL | RB | 0 | 5 | 98.3 | 19.66 | 9,689,410 |
| Willis McGahee | BUF | 10/16 NYJ | RB | 0 | 5 | 76.5 | 15.3 | 9,568,130 |
| Deuce McAllister | NO | 10/16 ATL | RB | 0 | 5 | 67.3 | 13.46 | 9,539,310 |
| Chad Johnson | CIN | 10/16 @ TEN | WR | 0 | 5 | 103.4 | 20.68 | 9,323,590 |
| Clinton Portis | WAS | 10/16 @ KC | RB | 0 | 4 | 53.5 | 10.7 | 9,075,710 |
| Tom Brady | NE | 10/16 @ DEN | QB | 0 | 5 | 128.14 | 25.63 | 9,045,680 |
| Torry Holt | STL | 10/17 @ IND | WR | 0 | 5 | 138.3 | 27.66 | 8,881,660 |
| Julius Jones | DAL | 10/16 NYG | RB | 0 | 5 | 65.8 | 13.16 | 8,864,530 |
| Marvin Harrison | IND | 10/17 STL | WR | 0 | 5 | 76.5 | 15.3 | 8,778,580 |
| Kerry Collins | OAK | 10/16 SD | QB | 0 | 4 | 84.84 | 21.21 | 8,708,640 |
| Reggie Wayne | IND | 10/17 STL | WR | 0 | 5 | 55.9 | 11.18 | 8,697,040 |
| Brett Favre | GB | BYE | QB | 0 | 5 | 140.9 | 28.18 | 8,469,760 |
| Andre Johnson | HOU | 10/16 @ SEA | WR | 0 | 4 | 16.8 | 4.2 | 8,432,420 |
| Joe Horn | NO | 10/16 ATL | WR | 0 | 3 | 47.4 | 9.48 | 8,326,650 |
| Jamal Lewis | BAL | 10/16 CLE | RB | 0 | 4 | 39.4 | 9.85 | 8,249,600 |
| **Name** | **Tm** | **NextOpp** | **P** | **RANK** | **G** | **FP** | **FP/G** | **Buy For** |

Icon Legend:
Left the Game   Doubtful   Did not Play   I.L.   PUP   Out of FB
Released   Sidelined   Suspended   Waived   Questionable   Probable



**Powered by AllStarStats**
Copyright © 2002-2004 Allstar Stats, Inc. All Rights Reserved.

Payday Sports : Rules and Regulations　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2

Case 1:05-cv-02030-JDB   Document 1-6   Filed 10/14/2005   Page 5 of 6

# The $100 Salary Cap Tournament

### The easiest high stakes league on the internet

**HOME　PRIZES　RULES　F.A.Q.　HOW TO PLAY　CONTACT　ABOUT　LINKS**

**SALCAP TEAMS**

## Welcome to Your Team News Page

Welcome to the Your Team News page. Get the latest breaking news for your players here.

**YOUR TEAM**
Your Players
Live Scoring
Team News
Research Players
Financial Report
Trade History
Edit Team Name

**COMMUNITY**
Message Boards

**STANDINGS**
Overall
Weekly Rankings

**NFL RESOURCES**
Player News
Sortable Statistics
NFL League Leaders
NFL Transactions
NFL Injuries
NFL Depth Charts
Hometown News

**HELP/CONTACT US**
How to Play
Scoring Rules
Strategy
Official Rules

### The Latest News For Each Player on Your Team

**David Patten - WR - Washington Redskins**　　　　　　　　　　　　　　　　　Oct 9
David Patten caught seven passes for 63 yards in week five.
He had 46 yards in the first three games. We wouldn't get too excited.

**Phil Dawson - K - Cleveland Browns**　　　　　　　　　　　　　　　　　　　Jul 14
Browns re-signed kicker Phil Dawson to a five-year, $7.1 million contract, including $1.7 million in guarantees.
Dawson is one of two original Browns still left in Cleveland. A consistent kicker, Dawson is held back by poor weather and a poor offense. He's not a top 20 kicker heading into 2005.

**Itula Mili - TE - Seattle Seahawks**　　　　　　　　　　　　　　　　　　　　Oct 9
Seahawks TE Itula Mili is inactive for the Seahawks.
Jerramy Stevens will be a focal point of the offense today.

**Dennis Northcutt - WR - Cleveland Browns**　　　　　　　　　　　　　　　Sep 18
Dennis Northcutt had three catches for 39 yards in week two.
Northcut has seven catches for 55 yards in two games. With Cleveland's depth at receiver, Northcut isn't a reliable Fantasy option.

**DeShaun Foster - RB - Carolina Panthers**　　　　　　　　　　　　　　　　Oct 13
DeShaun Foster (questionable, knee) missed his second straight day of practice Thursday.
Nick Goings could step into the team's backup role if Foster misses the game.

**Eli Manning - QB - New York Giants**　　　　　　　　　　　　　　　　　　　Oct 2
Eli Manning went 19-for-35 for 296 yards, four touchdowns and no interceptions Sunday against St. Louis.
Manning has gotten off to a great start this year. He's thrown nine touchdowns and only two interceptions and has the Giants off to a 3-1 start. He connected with Plaxico Burress 10 times for 204 yards and a pair of scores.

**Frank Gore - RB - San Francisco 49ers**　　　　　　　　　　　　　　　　　Oct 9

Prizes
FAQS
Customer Service
Log Out

Frank Gore rushed eight times for 18 yards in week five. He also caught a 14-yard pass.
For the first game in a while, Kevan Barlow outplayed him. The 49ers have a bye week, then a couple tough matchups before the schedule eases up.

**Powered by** 

Copyright © 2002-2004 Allstar Stats, Inc. All Rights Reserved.