UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, INC., A Virginia corporation<br>2021 L Street N.W., 5th Floor<br>Washington, D.C. 20036<br><br>and<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED, A Virginia corporation<br>2021 L Street N.W., 5th Floor<br>Washington, D.C. 20036<br><br>    Plaintiffs,<br><br>v.<br><br>PAYDAY SPORTS, INC., a Delaware corporation<br>19 Hayloft Circle<br>Wilmington, DE 19808<br><br>    Defendant | CASE NO.:<br><br><br><br><br><br>Civil Action No. _____ |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for the National Football League Players Association, Inc. and the National Football League Players Incorporated certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of the National Football League Players Association, Inc. and the National Football League Players Incorporated which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*/s/ David A. Hickerson*
_____
Signature
David A. Hickerson
D.C. Bar No. 414723
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street N.W., Suite 900
Washington, D.C. 20005
(202) 682-7000