UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, INC., a Virginia corporation, 2021 L Street N.W., 5th Floor Washington, D.C. 20036<br><br>and<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED, a Virginia corporation 2021 L Street N.W. 5th Floor Washington, D.C. 20036<br><br>          Plaintiffs,<br>v.<br><br>PAYDAY SPORTS, INC. a Delaware corporation 19 Hayloft Circle Wilmington, DE 19808<br><br>          Defendant. | CASE NO. 1:05-cv-02030-JDB<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT |

The parties, by their undersigned counsel, hereby stipulate and agree to extend defendant's time to respond to the complaint through and including January 4, 2006.

Dated: Washington, D.C.
December 2, 2005

_____
David A. Hickerson (D.C. Bar No. 414723)
Weil, Gotshal & Manges LLP
1300 Eye Street N.W., Suite 900
Washington, D.C. 20005
(202) 682-7000

and

_____
Eric H. Imperial, Esq. (D.C. Bar No. 427139)
1920 N Street, N.W.
Suite 300
Washington, DC 20036
(202) 457-1280

and

Bruce S. Meyer  
Jessica D. Lubarsky  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, New York 10153  
(212) 310-8000  

Charles von Simson  
62 William Street – Sixth Floor  
New York, New York 10005  
(212) 514-8645  

Attorneys for plaintiffs NFLPA and Players Inc.

Attorneys for defendant Payday Sports, Inc.

SO ORDERED: _____  
                  Hon. John D. Bates  
                  United States District Judge