AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Football League Players Association, Inc.
and
National Football League Players Incorporated

V.

Payday Sports, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV02030

JUDGE: John D. Bates

DECK TYPE: General Civil

DATE STAMP: 10/14/2005


JURY ACTION

TO: (Name and address of Defendant)

David Cella
Payday Sport, Inc.
19 Hayloft Circle
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David A. Hickerson
Weil, Gotshal & Manges, LLP
1300 Eye Street N.W., Suite 900
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within ~~10~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         OCT 14 2005
CLERK                                           DATE

*Javette Stewart-Cureh*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

|  | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[*] | DATE | 10/18/05 @ 7:29 pm |
| NAME OF SERVER *(PRINT)* RONALD LENNON | TITLE | Private Process Server |

*Check one box below to indicate appropriate method of service*

X ☐ Served personally upon the defendant. Place where served: Payday Sport, Inc., 19 Hayloft Circle, Wilmington, DE 19808

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/18/05
              Date

Signature of Server: *Ronald Lennon*

Address of Server:
CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

\* Notice of Right to Consent to Trial Before A United States Magistrate Judge, Initial Electronic Case Filing Order and Exhibits A-E

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.