UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, INC.<br>2021 L Street NW, 5th Floor<br>Washington, D.C. 20036<br><br>and<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED<br>2021 L Street NW, 5th Floor<br>Washington, D.C. 20036<br><br>Plaintiffs,<br><br>v.<br><br>PAYDAY SPORTS, INC.<br>19 Hayloft Circle<br>Wilmington, DE 19808<br><br>Defendant. | CASE NO.: 1:05-CV-02030-JDB<br><br>**STIPULATION OF DISMISSAL**<br><br>(Fed. R. Civ. P. 41 (a)(1)(ii)) |

The above-captioned action was filed in the United States District Court for the District of Columbia on October 14th, 2005. It is hereby stipulated by and between National Football League Players Association ("NFLPA") and National Football League Players Incorporated ("Players Inc."), and Payday Sports, Inc. ("Payday") through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(ii) as to all causes of action.

Dated:   January 27, 2006
         Washington, D.C.

      For the plaintiffs, National Football League Player's Association, Inc. and National Football League Players Incorporated:

By: _____

David A. Hickerson (D.C. Bar No. 414723)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street N.W., Suite 900
Washington, D.C. 20005
(202) 682-7000

and

Bruce S. Meyer
Jessica D. Lubarsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

For the defendant, Payday Sports, Inc.:

By: _____

Eric H. Imperial (D.C. BAR No. 427139)
The Law Offices Of Eric H. Imperial
1920 N Street NW
Suite 300
Washington, D.C. 20036
(202) 457-1280

Charles von Simson
62 William Street, 6th Fl.
New York, NY 10005
(212) 514-8645